IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LANARIUS HODGES,

    Plaintiff,

v.

MICHAEL L. CHERNIN, ROBERT LEE TAYLOR and PETER KOVAC,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-71-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Lanarius Hodges's complaint for lack of subject matter jurisdiction.

| /s/ | 8/16/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |